**FILED**
CLERK, U.S. DISTRICT COURT

9/16/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

HECTOR MANUEL RODRIGUEZ AND STEVEN RIVERA,

      Defendants.

CR 2:25-cr-00765-MEMF

I N D I C T M E N T

[18 U.S.C. § 111(a)(1): Assault on Federal Officer]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about August 24, 2025, in Los Angeles County, within the Central District of California, defendant HECTOR MANUEL RODRIGUEZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim P.S., an employee of the United States Federal Protective Service, and, in doing so, made physical contact with P.S., while P.S. was engaged in, and on account of, the performance of P.S.'s official duties.

COUNT TWO

[18 U.S.C. § 111(a)(1)]

On or about August 24, 2025, in Los Angeles County, within the Central District of California, defendant STEVEN RIVERA intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim R.R., an employee of the United States Federal Protective Service, and, in doing so, made physical contact with R.R., while R.R. was engaged in, and on account of, the performance of R.R.'s official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSH LEE
Assistant United States Attorney
General Crimes Section