BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2475
     Facsimile: (213) 894-0141
     E-mail:    christina.lopez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>HECTOR MANUEL RODRIGUEZ AND STEVEN RIVERA,<br><br>            Defendants. | No. 2:25-cr-00765-MEMF<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE: 3/23/26** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on October 15, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from November 10, 2025, to March 23, 2026.

2. The time period of November 10, 2025, to March 23, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 23, 2026, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____    _____
DATE                            HONORABLE MAAME EWUSI-MENSAH FRIMPONG
                                UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Christina R.B. López
CHRISTINA R.B. LÓPEZ
Assistant United States Attorney

**APPENDIX OF COMMONLY-USED SPEEDY TRIAL ACT OPTIONS NOT ALREADY INCLUDED IN THE FORM**

18 U.S.C. § 3161(h)(1)(A): Any period of delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant;

18 U.S.C. § 3161(h)(1)(B): Any period of delay resulting from trial with respect to other charges against the defendant;

18 U.S.C. § 3161(h)(1)(C): Any period of delay resulting from any interlocutory appeal;

18 U.S.C. § 3161(h)(1)(E): Any period of delay resulting from any proceeding relating to the transfer of a case or the removal of any defendant from another district under the Federal Rules of Criminal Procedure;

18 U.S.C. § 3161(h)(1)(F): Any period of delay resulting from transportation of any defendant from another district, or to and from places of examination or hospitalization, except that any time consumed in excess of ten days from the date an order of removal or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable;

18 U.S.C. § 3161(h)(2): Any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the

1 purpose of allowing the defendant to demonstrate his good conduct.
2 [BROOKLYN PLAN/ DIVERSION]
3
4 18 U.S.C. § 3161(h)(3)(A): Any period of delay resulting from the
5 absence or unavailability of the defendant or an essential witness.
6
7 18 U.S.C. § 3161(h)(4): Any period of delay resulting from the fact
8 that the defendant is mentally incompetent or physically unable to
9 stand trial.
10
11 18 U.S.C. § 3161(h)(8): Any period of delay, not to exceed one year,
12 ordered by a district court upon an application of a party and a
13 finding by a preponderance of the evidence that an official request,
14 as defined in section 3292 of Title 18, has been made for evidence of
15 any such offense and that it reasonably appears, or reasonably
16 appeared at the time the request was made, that such evidence is, or
17 was, in such foreign country.

2