UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page **1** of **1**

| Case No. | 2:25-cr-00765-MEMF-2 | Date | February 18, 2026 |
|---|---|---|---|

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Patricia Kim | CourtSmart | Kali Yallourakis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Rivera | ✓ | | ✓ | Amy Fan, CJA | ✓ | ✓ | |

**Proceedings:** ORDER TO SHOW CAUSE WHY DEFENDANT'S BOND SHOULD NOT BE REVOKED AND REVOCATION HEARING

The case is called, and counsel make their appearances. Pretrial Services Officer Oliver Vale is also present. The Court and counsel confer.

The Court has reviewed and considered the reports submitted by Pretrial Services and the parties' submissions.

Defendant is sworn and the Court questions Defendant regarding the alleged violations of pretrial release. Defendant DENIES Allegation Nos. 1, 2, 3, & 4 as charged in the Petition, dated February 10, 2026. The Court sets an evidentiary hearing for Monday, February 23, 2026 at 9:00 a.m. Any and all witnesses are ordered to be present.

For the reasons stated on the record, Defendant Steven Rivera is **ORDERED** detained and **REMANDED** to the custody of the Bureau of Prisons pending the evidentiary hearing in this matter.

Bond is revoked.

**IT IS SO ORDERED.**

cc: PSA, USPO